159 A.3d 932

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kenneth L. WILLIAMS, Petitioner**

**No. 382 MAL 2016**

Supreme Court of Pennsylvania.

October 18, 2016

## ORDER

PER CURIAM

**AND NOW,** this 18th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**